# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**ANTHONY** and **DIANA ITALIANO**,

    Plaintiffs,

v.     2:24-cv-866-SPC-NPM

**FIRST COMMUNITY INSURANCE COMPANY**,

    Defendant.

## SHOW CAUSE ORDER

In this case, an in-person case management conference was held in the Fort Myers, Florida Federal Courthouse, Courtroom 5-C, on June 30, 2025, at 10:00 a.m. Plaintiffs' counsel Dustin Hite[1] failed to appear. **By July 14, 2025**, Hite must show cause why he should not be sanctioned for failure to appear at the conference *or* file a notice of compliance with this order certifying a $100 payment to the Southwest Florida Federal Bar Association. The Association will use these funds in its ongoing efforts to elevate the practice of law. If Hite chooses to make the payment, he must mail his check *along with this order* to:

    **Southwest Florida Federal Bar Association**
    **P.O. Box 264**
    **Fort Myers, Florida 33902**

**ORDERED** on June 30, 2025

*/s/ Nicholas P. Mizell*
NICHOLAS P. MIZELL
United States Magistrate Judge

---

[1] Neither attorney of record for the plaintiffs appeared, and Hite is lead counsel.